# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
MIKEAL OUSLEY-WOODEN
   -vs-
CITY OF CHICAGO, DETECTIVE JULIE MENDEZ, P.O.
JOSEPH CORONA, P.O. OSCAR SERRANO

Case Number:
**FILED: JUNE 12, 2008
08CV3381
JUDGE GRADY
MAGISTRATE JUDGE NOLAN
AEE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| NAME (Type or print) |
| --- |
| Kenneth N. Flaxman |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/   Kenneth N. Flaxman |

| FIRM |
| --- |
| Kenneth N. Flaxman P.C. |

| STREET ADDRESS |
| --- |
| 200 S Michigan Ave., Ste 1240 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 08830399 | (312) 427-3200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |