# United States District Court for the Northern District of Illinois

Case Number: 08CV3381          Assigned/Issued By: DAJ

Judge Name:                    Designated Magistrate Judge:

---

## FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

## ISSUANCES

☐ Summons                                  ☑ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____
                                           _____
                                           (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

__4__ Original and __0__ copies on __08/21/08__ as to __CITY OF CHICAGO,__
                                    (Date)
__DETECTIVE MENDEZ, JOSEPH CORONA, OSCAR SERRANO.__

C:\wpwin80\docket\feeinfo.frm    03/14/05