AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS    SUMMONS IN A CIVIL CASE

MIKEAL OUSLEY-WOODEN

CASE NUMBER: 1:08-cv-03381

V.

ASSIGNED JUDGE: Kocoras

CITY OF CHICAGO, DETECTIVE JULIE
MENDEZ, P.O. JOSEPH CORONA, P.O.
OSCAR SERRANO

DESIGNATED
MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)
CITY OF CHICAGO
3510 S Michigan Avenue
Chicago, IL 60608

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenneth N. Flaxman
200 S Michigan Ave., Ste 1240
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

August 21, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 8/25/08 |
| NAME OF SERVER (PRINT) Michael Kelnins | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 118 N Clark St, City Clerk Receptionist

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/25/08
　　　　　　　Date

Signature of Server

Address of Server: 200 S Michigan Ste. 1240

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.